IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JUSTIN MATTHEW GUYNN**                                                  **PLAINTIFF**

**v.**                                                       **CIVIL NO. 1:21-cv-75-HSO-JCG**

**JACKSON COUNTY ADC, et al.**                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 11th day of August, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE